UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SALESBRAIN, INC., ET AL., | No. C 12-05026 LB |
| Plaintiffs, | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND DIRECTING SERVICE OF PROCESS |
| v. | |
| ANGELVISION TECHNOLOGIES, ET AL., | |
| Defendants. | |

Plaintiffs filed this lawsuit on September 27, 2012. *See* ECF No. 1.[1] Defendants Angelvision Technologies and Jeff Otis have not appeared, and the docket does not reflect that they have been served. The 120-day period to serve them expires on January 25, 2013. *See* Fed. R. Civ. P. 4(m).

Under the circumstances, the court has vacated the January 10, 2013 Case Management Conference and re-set it to February 14, 2013, at 10:30 a.m. *See* 1/4/2013 Clerk's Notice. Plaintiffs are directed to file proof of service by January 25, 2013 or risk dismissal under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-05026 LB (ORDER)