DONALD P. GAGLIARDI [SBN. 138979]
 dpg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

KIRSTIN M. JAHN  [Pro Hac Vice]
 Kirstin@jahnlaw.com
JAHN & ASSOCIATES, LLC
1942 Broadway, Suite 314
Boulder, CO  80304
Telephone:   (303) 545-5128
Facsimile:    (303)545-5196

Attorneys for Plaintiffs
SALESBRAIN LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESBRAIN, LLC a limited liability company,<br>            Plaintiff,<br>v.<br>ANGELVISION TECHNOLOGIES, an Oregon corporation,<br>            Defendant. | Case No. CV 12-05026 LB<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiff SalesBrain LLC, by and through its attorneys of record hereby provides notice of its voluntary dismissal without prejudice of its claims against Defendant AngelVision Technologies pursuant to Fed. R. Civ. P. § 41.

Dated: May 20, 2013          **ROBINSON & WOOD, INC.**
                                              **JAHN & ASSOCIATES, LLC**


                                              s/Kirstin M. Jahn

                                              Attorneys for Plaintiff
                                              SalesBrain LLC